UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lance M. Elder,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Tommy Lewis, et al.,<br><br>　　　　Defendants | Case No. 2:22-cv-01608-JAD-BNW<br><br>**ORDER GRANTING STIPULATIONS**<br><br>(ECF Nos. 14, 15) |

　　　　Plaintiff Lance Elder brings this action under 42 U.S.C. § 1983 alleging that his Eighth Amendment rights were violated while he was incarcerated at Three Lakes Valley Conservation Camp and working in the firefighting program. ECF No. 7. Previously, the Court stayed this action for 90 days and ordered the parties to mediate before a court-appointed mediator on August 11, 2023. ECF Nos. 9, 12. Thereafter, counsel entered an appearance on behalf of Plaintiff. ECF No. 13. And on July 14, 2023, the parties stipulated to vacate the mediation conference and continue the stay of this action until September 12, 2023, stating they are informally discussing settlement in conjunction with a state court action that involves similar issues. ECF Nos. 14, 15.

　　　　Good cause appearing, it is hereby ordered that the parties' stipulations to vacate the mediation conference and continue the stay of this action (ECF Nos. 14, 15) are granted.

　　　　It is further ordered that the mediation conference scheduled for August 11, 2023, is vacated.

　　　　It is further ordered that the stay of this action is continued until September 12, 2023.

　　　　It is further ordered the parties must file a joint status report by September 13, 2023, identifying the status of Plaintiff's claim and how they intend to proceed in this action.

　　　　DATED: July 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brenda Weksler
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge