| | |
|---|---|
| 1 | AARON D. FORD |
|   |   Attorney General |
| 2 | MARNI K. WATKINS (Bar No. 9674) |
|   |   Chief Litigation Counsel |
| 3 | State of Nevada |
|   | Office of the Attorney General |
| 4 | One State of Nevada Way, Suite 100 |
|   | Las Vegas, NV 89119 |
| 5 | (702) 486-3420 (phone) |
|   | (702) 486-3773 (fax) |
| 6 | mkwatkins@ag.nv.gov |

*Attorneys for Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LANCE M. ELDER, | CASE NO. 2:22-cv-01608-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TOMMY LEWIS, et al., | |
| Defendants. | ECF No. 27 |

    Plaintiff, Lance M. Elder ("Plaintiff"), by and through his counsel of record, Chris Peterson of the American Civil Liberties Union, and Defendants Tommy Lewis, Javory Rios, Robert Odell, and Nevada Department of Corrections (jointly "Defendants"), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Marni Watkins, Chief, Complex Litigation, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this court, with each party to bear their own costs.

/ / /

/ / /

/ / /

Page **1** of **2**

DATED this 11th day of September, 2024.

AMERICAN CIVIL LIBERTIES UNION OF NEVADA

By: */s/ Christopher M. Peterson*
   Christopher M. Peterson (Bar No. 13932)
   4362 W. Cheyenne Ave.
   North Las Vegas, NV 89032

*Attorney for Plaintiff*

DATED this 11th day of September, 2024.

AARON D. FORD
Attorney General

By: */s/ Marni K. Watkins*
   Marni K. Watkins (Bar. No. 9674)
   Chief Litigation Counsel
   One State of Nevada Way, Suite 100
   Las Vegas, NV 89119

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 20, 2024